■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES PAYNE, Appellant. [624 NYS2d 1010] —Judgment unanimously affirmed. Memorandum: The verdict finding defendant guilty of criminal sale of a controlled substance in the third degree is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495).

Upon our review of the record, we conclude that there is no merit to the contention that defendant was denied effective assistance of counsel *(see, People v Flores,* 84 NY2d 184, 186-188; *People v Rivera,* 71 NY2d 705, 708-709; *People v Baldi,* 54 NY2d 137, 146-147), or to defendant's remaining contentions *(see, People v Julian,* 41 NY2d 340; *People v Millet,* 156 AD2d 721, *lv denied* 75 NY2d 870). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.